[No. 46157-5-I. Division One. October 15, 2001.]

ARCHDIOCESAN HOUSING AUTHORITY, *Respondent*, v. ROLAND DEMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-27096-7, Robert H. Alsdorf, J., entered March 3, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 46183-4-I. Division One. October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEAN MARIE EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03251-5, Norma Smith Huggins, J., entered January 24, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46686-1-I. Division One. October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD MOA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00148–0 Steven J. Mura, J., entered March 12, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46733-6-I. Division One. October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MUMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05290-4, Glenna Hall, J., entered June 21, 2000. *Affirmed* by unpublished per curiam opinion.